UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Porter, et al. <br><br> Plaintiff - Appellee, <br><br> v. <br> Stockton, et al. <br><br> Defendant - Appellant. | 9th Cir. No. 25-2075 <br><br> MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rules of Appellate Procedure, Rule 42(b), appellant Roy Stockton hereby moves this Court for an order dismissing with predjudice the above captioned appeal as to the appeal filed on behalf of Roy Stockton only. This motion for dismissal follows and is made pursuant to each Plaintiffs' dismissal with prejudice of all their claims against Roy Stockton in the underlying district court case, Case No. 2:21-CV-01473-KJM-JDP, filed in the U.S. District Court, Eastern District of California. The parties have agreed that each side shall bear their own fees and costs in the underlying action and in this appeal.

Dated: May 19, 2025

/s/ Gregory M. Fox
Attorney for Appellant

| | |
|---|---|
| Yasin M. Almadani (Cal. Bar No. 242798)<br>ALMADANI LAW<br>4695 MacArthur Ct., Suite 1100<br>Newport Beach, CA 92660<br>Tel: (949) 877-7177<br>Fax: (949) 877-8757<br>YMA@LawAlm.com<br><br>Ahmed Ibrahim (Cal. Bar No. 238739)<br>AI LAW, PLC<br>4695 MacArthur Ct., Suite 1100<br>Newport Beach, CA 92660<br>Tel: (949) 266-1240<br>Fax: (949) 266-1280<br>aibrahim@ailawfirm.com<br><br>Attorneys for Plaintiffs | Gregory M. Fox (SBN 70876)<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, CA 94109<br>Telephone: (415) 353-0999<br>Email: gfox@bfesf.com<br><br>Attorneys for Defendant Roy Stockton |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NAKIA V. PORTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO, et al.,<br><br>    Defendants. | Case No. 2:21-CV-01473-KJM-JDP<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT ROY STOCKTON ONLY WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Hon. Kimberly J. Mueller<br>United States District Judge<br><br>Hon. Jeremy D. Peterson<br>United States Magistrate Judge |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Nakia V.
2  Porter, individually and on behalf of her minor children L.P. and A.P., and Joe Berry Powell, Jr.
3  (collectively, "Plaintiffs"), on the one hand, and Defendant Roy Stockton ("Stockton"), on the other hand,
4  hereby stipulate and agree to dismiss Plaintiffs' claims in this action against Stockton only with prejudice
5  and that Plaintiffs and Stockton shall each bear their own fees and costs.

6   IT IS SO STIPULATED

7   Dated: May 15, 2025              ALMADANI LAW

8                                    /s/ Yasin M. Almadani
                                     Yasin M. Almadani, Esq.

9

10                                   AI LAW, PLC

11                                   /s/ Ahmed Ibrahim
                                     Ahmed Ibrahim, Esq.

12                                   Attorneys for Plaintiffs

13

14  Dated: May 15, 2025              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

15                                   /s/ Gregory M. Fox
                                     Gregory M. Fox, Esq.

16                                   Attorneys for Defendant Roy Stockton

# **FILER'S ATTESTATION**

I hereby attest that I have been authorized by counsel to show their signature on this document as /s/.

DATED: May 15, 2025

*/s/ Ahmed Ibrahim*
AHMED IBRAHIM
